**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | Hiltz Waste Disposal, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | 16-13459 |

☐ Check if this is an amended filing

### Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand ............................................................................................... $3,295.44

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | Savings account | Savings account | 0 9 5 8 | $104,683.18 |
| 3.2. | Checking account | Checking account | 9 4 3 0 | $63,111.22 |
| 3.3. | Checking account | Checking account | 9 6 0 0 | $1,722.32 |

4. Other cash equivalents *(Identify all)*

Name of institution (bank or brokerage firm)

5. Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$172,812.16

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| Debtor | **Hiltz Waste Disposal, Inc.** | Case number (if known) | **16-13459** |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

Current value of debtor's interest: **$0.00**

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

11a. 90 days old or less:    **$702,201.24**    –    **$0.00**    = .............. ➔    **$702,201.24**
     face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    **$31,091.13**    –    **$20,000.00**    = .............. ➔    **$11,091.13**
     face amount      doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$713,292.37**

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:     % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

**$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor   **Hiltz Waste Disposal, Inc.** _____   Case number (if known) __16-13459__
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies | | | | |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | $0.00 |
|---|---|

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28.  Crops--either planted or harvested | | | | |
| 29.  Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30.  Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| 31.  Farm and fishing supplies, chemicals, and feed | | | | |
| 32.  Other farming and fishing-related property not already listed in Part 6 | | | | |

33.  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| | $0.00 |
|---|---|

34.  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Hiltz Waste Disposal, Inc.**                                    Case number (if known)  **16-13459**
              Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office furniture and equipment | $4,020.00 | FMV | $1,000.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                             | $1,000.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑  No
☐  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Trucks, motor vehicles and dumpsters | $3,827,794.00 | Appraisal | $2,500,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Leasehold improvements | $117,040.00 | | $0.00 |

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                            | $2,500,000.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐  No
☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐  No
☑  Yes

Debtor    **Hiltz Waste Disposal, Inc.**
_____    Case number (if known) __16-13459__
   Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.     **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Hiltz Waste Disposal, Inc.** _____    Case number (if known) __16-13459__
       Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**Life Policy: V2400372**
**Basic Face $500,000**
**Surrender Value $11,054.27** _____    ($11,053.27)

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

**Loan receivable from Kondelin Road LLC** _____    $44,330.97

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $33,277.70

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Hiltz Waste Disposal, Inc.**                                    Case number (if known)    **16-13459**
       Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $172,812.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $713,292.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $33,277.70 | |
| 91. **Total.**  Add lines 80 through 90 for each column. 91a. | $3,420,382.23 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ...........................................    **$3,420,382.23**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Hiltz Waste Disposal, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | 16-13459 |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $80,467.80 | $0.00 |
|---|---|---|---|
| Cape Ann Savings Bank | Motor vehicle | | |

Creditor's mailing address
109 Main Street

Describe the lien
Purchase Money / Statutory Lien

Gloucester   MA   01930

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred   10/21/2015

Last 4 digits of account number   0  2  2  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$2,674,391.52

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |
|---|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.2 Creditor's name
**Cape Ann Savings Bank**

Creditor's mailing address
**109 Main Street**

_____

**Gloucester          MA    01930**

Creditor's email address, if known

_____

Date debt was incurred    **04/21/2015**

Last 4 digits of account number          **0   2   1   0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Truck**

Describe the lien
**Purchase Money / Statutory Lien**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$163,554.60**        **$0.00**

### 2.3 Creditor's name
**Cape Ann Savings Bank**

Creditor's mailing address
**109 Main Street**

_____

**Gloucester          MA    01930**

Creditor's email address, if known

_____

Date debt was incurred    **07/15/2014**

Last 4 digits of account number          **0   1   9   0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Truck**

Describe the lien
**Purchase Money / Statutory Lien**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$200,147.14**        **$0.00**

Debtor   **Hiltz Waste Disposal, Inc.** _____   Case number (if known) **16-13459**

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.4**

Creditor's name
**Cape Ann Savings Bank**

Creditor's mailing address
**109 Main Street**
_____

_____

**Gloucester          MA   01930**

Creditor's email address, if known
_____

Date debt was incurred   **09/17/2014**

Last 4 digits of account number          **0   1   9   2**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Truck**

Describe the lien
**Purchase Money / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$180,310.30          $0.00

---

**2.5**

Creditor's name
**First Ipswich Bank**

Creditor's mailing address
**31 Market Street** _____

_____

**Ipswich          MA   01938**

Creditor's email address, if known
_____

Date debt was incurred   **09/03/2015**

Last 4 digits of account number          **4   1   0   0**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**All Asset Security Interest**

Describe the lien
**Purchase Money / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,596.32          $0.00

---

| Debtor | **Hiltz Waste Disposal, Inc.** | Case number (if known) **16-13459** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | $13,766.45 | $0.00 |
|---|---|---|---|

**First Ipswich Bank**

Creditor's mailing address
**31 Market Street**

**All Asset Security Interest**

Describe the lien

**Purchase Money / Statutory Lien**

| Ipswich | MA | 01938 |
|---|---|---|

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred     **12/22/2015**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number      **4  6  2  0**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien | $58,221.13 | $0.00 |
|---|---|---|---|

**First Ipswich Bank**

Creditor's mailing address
**31 Market Street**

**All Asset Security Interest**

Describe the lien

**Purchase Money / Statutory Lien**

| Ipswich | MA | 01938 |
|---|---|---|

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred     **08/21/2015**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number      **3  7  7  0**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **Hiltz Waste Disposal, Inc.** _____   Case number (if known) **16-13459**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.8** | Creditor's name
**First Ipswich Bank**

Creditor's mailing address
**31 Market Street**
_____
_____

**Ipswich          MA    01938**

Creditor's email address, if known
_____

Date debt was incurred   **08/01/2014**

Last 4 digits of account
number        **2  5  3  0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien            **$1,948,327.78**          **$0.00**

**All Asset Security Interest**

Describe the lien

**Purchase Money / Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Hiltz Waste Disposal, Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS** | |
| Case number (if known) | **16-13459** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Charles Tullercash

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Date or dates debt was incurred
8/28/2016-9/7/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Total claim $1,653.88    Priority amount $1,653.88

**2.2** Priority creditor's name and mailing address

Christopher Rollins

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Date or dates debt was incurred
8/28/2016-9/7/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Total claim $1,141.50    Priority amount $1,141.50

Debtor  **Hiltz Waste Disposal, Inc.**                    Case number (if known)  **16-13459**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,460.80 | $2,460.80 |

Cornelius Madigan

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number  __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,221.68 | $2,221.68 |

Daniel Kolodzik

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number  __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.00 | $2,240.00 |

Deborah Hiltz

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number  __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

Debtor   **Hiltz Waste Disposal, Inc.**                                    Case number (if known)   **16-13459**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

| **2.6** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,265.88** | **$1,265.88** |

**2.6**  Priority creditor's name and mailing address
**Faye Quinlan**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,265.88**     Priority amount **$1,265.88**

**Basis for the claim:**
**Wages**

Date or dates debt was incurred
**8/28/2016-9/7/2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

---

**2.7**  Priority creditor's name and mailing address
**Gary Grimes**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,950.00**     Priority amount **$1,950.00**

**Basis for the claim:**
**Wages**

Date or dates debt was incurred
**8/28/2016-9/7/2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

---

**2.8**  Priority creditor's name and mailing address
**Gary Hiltz**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,240.00**     Priority amount **$2,240.00**

**Basis for the claim:**
**Wages**

Date or dates debt was incurred
**8/28/2016-9/7/2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

---

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.9**    Priority creditor's name and mailing address
Gary Hutchins

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,998.34    **Priority amount** $1,998.34

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( __4__ )

---

**2.10**    Priority creditor's name and mailing address
Gilbert Holmes

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,275.44    $2,275.44

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( __4__ )

---

**2.11**    Priority creditor's name and mailing address
Internal Revenue Service

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,123.32    $4,123.32

**Basis for the claim:**
941 Taxes

Date or dates debt was incurred
8/28/2016-9/7/2016

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( __8__ )

---

| Debtor | **Hiltz Waste Disposal, Inc.** | Case number (if known) | **16-13459** |

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.12** Priority creditor's name and mailing address

James Gallant

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,055.71   **Priority amount** $2,055.71

**Basis for the claim:**

Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.13** Priority creditor's name and mailing address

Jeffrey Stuart

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,375.83   **Priority amount** $2,375.83

**Basis for the claim:**

Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.14** Priority creditor's name and mailing address

John Curtis

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,115.80   **Priority amount** $2,115.80

**Basis for the claim:**

Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor  **Hiltz Waste Disposal, Inc.**                          Case number (if known)  **16-13459**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.15** Priority creditor's name and mailing address

John D. Lowe, III
_____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Date or dates debt was incurred**
8/28/2016-9/7/2016

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,211.00    Priority amount: $2,211.00

**2.16** Priority creditor's name and mailing address

John Favazza
_____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Date or dates debt was incurred**
8/28/2016-9/7/2016

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $480.00    Priority amount: $480.00

**2.17** Priority creditor's name and mailing address

John Tognazzi
_____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Date or dates debt was incurred**
8/28/2016-9/7/2016

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,532.80    Priority amount: $2,532.80

| Debtor | **Hiltz Waste Disposal, Inc.** | Case number (if known) | **16-13459** |
| --- | --- | --- | --- |

## Part 1:  Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.18** | **Priority creditor's name and mailing address** | | **$1,088.00** | **$1,088.00**

Karen Souza

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.19** | **Priority creditor's name and mailing address** | | **$1,787.56** | **$1,787.56**

Kevin Day

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.20** | **Priority creditor's name and mailing address** | | **$1,959.00** | **$1,959.00**

Loran Curtis

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| Debtor | **Hiltz Waste Disposal, Inc.** | Case number (if known) | **16-13459** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.21**  Priority creditor's name and mailing address

Maria Favazza

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$160.00**  Priority amount **$160.00**

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.22**  Priority creditor's name and mailing address

Michael Goodhue

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,023.64**  Priority amount **$2,023.64**

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.23**  Priority creditor's name and mailing address

Michael Pocaro

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,395.00**  Priority amount **$1,395.00**

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| Debtor | **Hiltz Waste Disposal, Inc.** | Case number (if known) | **16-13459** |

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |

| **2.24** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $1,984.00 | $1,984.00 |

Michael Smith

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| **2.25** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $1,600.00 | $1,600.00 |

Michelle Tognazzi

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| **2.26** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $1,638.00 | $1,638.00 |

Paul Matta

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor   **Hiltz Waste Disposal, Inc.**_____   Case number (if known)   **16-13459**_____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

| **2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 | $360.00 |
|---|---|---|---|---|

**Philip Akerely**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages_____

Date or dates debt was incurred
8/28/2016-9/7/2016_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number  __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( _4_ )

| **2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,004.80 | $2,004.80 |
|---|---|---|---|---|

**Philip Balzarini**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages_____

Date or dates debt was incurred
8/28-2016-9/7/2016_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number  __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( _4_ )

| **2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,992.70 | $1,992.70 |
|---|---|---|---|---|

**Ronald Barkowski**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages_____

Date or dates debt was incurred
8/28/2016-9/7/2016_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number  __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( _4_ )

| Debtor | **Hiltz Waste Disposal, Inc.** | Case number (if known) | **16-13459** |

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.30**   Priority creditor's name and mailing address
Wayne Madruga

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: **$1,872.98**   Priority amount: **$1,872.98**

Basis for the claim:
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.31**   Priority creditor's name and mailing address
William Chalmers

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: **$1,317.50**   Priority amount: **$1,317.50**

Basis for the claim:
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.32**   Priority creditor's name and mailing address
William Hart

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: **$1,497.67**   Priority amount: **$1,497.67**

Basis for the claim:
Wages

Date or dates debt was incurred
8/28/2016-9/7/2016

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

Debtor   **Hiltz Waste Disposal, Inc.**                          Case number (if known)  **16-13459**

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,660.21 |
|---|---|---|---|

A/J Equipment Repair, Inc.

490 Centre Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Abington                    MA    02351

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred    08/03/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,218.00 |
|---|---|---|---|

Acadia Insurance Company

P.O. Box 789680

☐ Contingent
☐ Unliquidated
☐ Disputed

Philadelphia              PA    19178-9680

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred    07/06/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,983.92 |
|---|---|---|---|

AFCO

P.O. Box 360572

☐ Contingent
☐ Unliquidated
☐ Disputed

Pittsburgh                 PA    15250

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred    08/12/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308,707.79 |
|---|---|---|---|

Allied Waste Services, Inc.

Peabody Wood

300 Forest Street

☐ Contingent
☐ Unliquidated
☐ Disputed

Peabody                    MA    01960

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred    05/31/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor  __Hiltz Waste Disposal, Inc.__                                    Case number (if known) __16-13459__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

American Express

P.O. Box 1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Newark                          NJ      07101

Date or dates debt was incurred      08/11/2016

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,305.13 |
|---|---|---|---|

Atlantic Recycling Equipment

P.O. Box 609

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Rollinsford                      NH      03869

Date or dates debt was incurred      01/12/2016

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,734.70 |
|---|---|---|---|

Brick Ends Farm

P.O. Box 2327

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

So. Hamilton                    MA      01982

Date or dates debt was incurred      05/31/2016

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,966.50 |
|---|---|---|---|

BRL-Labs

P.O. Box 57

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Topsfield                        MA      01983-1117

Date or dates debt was incurred      05/02/2016

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __Hiltz Waste Disposal, Inc.__                    Case number (if known)  __16-13459__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| 3.9 | Nonpriority creditor's name and mailing address |

**Camerota Truck Parts**

**24 Shaker Road**

**Enfield**                    **CT**    **06083**

Date or dates debt was incurred   __06/21/2016__

Last 4 digits of account number   __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$13,985.07

---

| 3.10 | Nonpriority creditor's name and mailing address |

**Cape Ann Automotive Supplies**

**350 Main Street**

**Gloucester, MA 019330**

Date or dates debt was incurred   __08/30/2016__

Last 4 digits of account number   __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$18.34

---

| 3.11 | Nonpriority creditor's name and mailing address |

**Cape Ann Chamber of Commerce**

**33 Commercial Street**

**Gloucester**                    **MA**    **01930**

Date or dates debt was incurred   __02/01/2016__

Last 4 digits of account number   __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$360.00

---

| 3.12 | Nonpriority creditor's name and mailing address |

**Casella Recycling Inc.**

**P.O. Box 1364**

**Williston**                    **VT**    **05495**

Date or dates debt was incurred   __03/01/16__

Last 4 digits of account number   __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$53,677.60

---

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | **16-13459** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,109.29 |

Casella Waste Systems

P.O. Box 1372

☐ Contingent
☐ Unliquidated
☐ Disputed

Williston                VT      05495

Basis for the claim:
Goods and Services

Date or dates debt was incurred    03/01/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,747.85 |

Charles George Companies Inc.

P.O. Box 857

☐ Contingent
☐ Unliquidated
☐ Disputed

Londonderry              NH      03053

Basis for the claim:
Goods and Services

Date or dates debt was incurred    08/15/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |

Charles Pratt

C/O Law Office of James Digiulio

Lakeside Office Park-Ste 7 2nd Flr

599 North Ave

Wakefield                MA      01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Date or dates debt was incurred    07/01/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $794.69 |

Cintas First Aid & Safety

P.O. Box 740855

☐ Contingent
☐ Unliquidated
☐ Disputed

Cincinnati               OH      45274-0855

Basis for the claim:
Goods and Services

Date or dates debt was incurred    07/15/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Hiltz Waste Disposal, Inc.**                              Case number (if known)   **16-13459**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                          Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.82 |

**City of Gloucester-Water Dept**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred    08/29/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,470.97 |

**CN Wood Co., Inc.**
**200 Merrimac Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Woburn                    MA    01801    Goods and Services

Date or dates debt was incurred    11/18/2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $462.43 |

**Comcast**
**P.O. Box 1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Newark                    NJ    07101-1577    Goods and Services

Date or dates debt was incurred    08/08/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,678.00 |

**Covanta Energy, LLC**
**P.O. Box 28893**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

New York                  NY    10087    Goods and Services

Date or dates debt was incurred    06/30/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Hiltz Waste Disposal, Inc.**                                Case number (if known)   **16-13459**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.86 |

**Crystal Rock Bottled Water**

**P.O. Box 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Waterbury                    CT      06725-0028      **Goods and Services**

Date or dates debt was incurred      07/31/2016      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,491.70 |

**Dennison Lubricants**

**111 Rhode Island Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Lakeville                    MA      02347      **Goods and Services**

Date or dates debt was incurred      07/14/2016      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,236.34 |

**Diesel Equipment**

**P.O. Box 670**

**155 Batchelder Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Seabrook                    NH      03874      **Goods and Services**

Date or dates debt was incurred      04/07/2016      Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,684.68 |

**EL Harvey & Sons, Inc.**

**68 Hopkinton Road, Route 135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Westboro                    MA      01581-2126      **Goods and Services**

Date or dates debt was incurred            Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

Debtor    **Hiltz Waste Disposal, Inc.**_____    Case number (if known)    **16-13459**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**    Nonpriority creditor's name and mailing address

**Electronic Recyclers**

**P.O. Box 2656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,999.30

**Fresno                    CA    93745**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred    **03/24/2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**    Nonpriority creditor's name and mailing address

**Environmental Resources Return**

**30 Century Hill Dr, Ste 101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,572.28

**Latham                    NY    12110**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred    **04/09/2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27**    Nonpriority creditor's name and mailing address

**First Ipswich Bank**

**31 Market Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$905,654.34

**Ipswich                    MA    01938**

Basis for the claim:
**Refinance Debt**

Date or dates debt was incurred    **07/15/2014**

Last 4 digits of account number    **2    5    2    0**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28**    Nonpriority creditor's name and mailing address

**Fleet Pride**

**P.O. Box 281811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,526.61

**Atlanta                    GA    30384-1811**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred    **02/22/2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Hiltz Waste Disposal, Inc.**                                    Case number (if known)   **16-13459**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,057.65 |

**GJ Towing**

**22 Whitin Ave Ext**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Revere                          MA    02151

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred    07/01/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.30 | Nonpriority creditor's name and mailing address | | $742.00 |

**Interstate Regrigerant Recovery, Inc.**

**P.O. Box 517**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Foxborough                      MA    02035

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.31 | Nonpriority creditor's name and mailing address | | $2,449.83 |

**Jack Young Company, Inc.**

**P.O. Box 1090**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Bradford                        CT    06405-8090

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred    05/31/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address | | $6,013.53 |

**Kenworth of Boston**

**100 Commerce Drive**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Lackawana                       NY    14218

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred    05/04/2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $603.51 |
|---|---|---|---|

Lawson Products

P.O. Box 809401

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Chicago | IL | 60680-9401 | Goods and Services |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.85 |
|---|---|---|---|

Maestranzi Bros., Inc.

58 Dunham Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Beverly | MA | 01915 | Goods and Services |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,174.38 |
|---|---|---|---|

Maguire Equipment

P.O. Box 13

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Readville | MA | 02137-0013 | Goods and Services |
|---|---|---|---|

Date or dates debt was incurred   06/25/2016

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,610.74 |
|---|---|---|---|

McDevitt Trucks Inc.

939A East Street

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Tewksbury | MA | 01876 | Goods and Services |
|---|---|---|---|

Date or dates debt was incurred   07/09/2016

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor    **Hiltz Waste Disposal, Inc.**    Case number (if known)    **16-13459**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,896.92 |

Metlife SBC

P.O. Box 804466

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Kansas City    MO    64180-4466

Date or dates debt was incurred    06/13/2016

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.32 |

Mettler Toledo

22670 Network Place

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Chicago    IL    60673-1226

Date or dates debt was incurred    04/27/2016

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,055.00 |

Miles River Sand & Gravel

64 Paradise Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Ipswich    MA    01938

Date or dates debt was incurred    06/22/2016

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,880.04 |

Montrose Machine Inc.

87A New Salem Street

Unit 2B

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Wakefield    MA    01880

Date or dates debt was incurred    12/18/2015

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor   __Hiltz Waste Disposal, Inc._____   Case number (if known) __16-13459__

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,245.50 |

National Grid

P.O. Box 11737

☐ Contingent
☐ Unliquidated
☐ Disputed

Newark                          NJ     07101

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred     05/05/2016

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,848.73 |

Neighborhood Health Plan

P.O. Box 4106

☐ Contingent
☐ Unliquidated
☐ Disputed

Woburn                          MA     01888

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred     07/18/2016

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,418.19 |

New England Hydraulic Service

21-B Sixth Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Woburn                          MA     01801

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred     07/12/2016

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $492.35 |

New England Solid Waste, inc.

110 Boxford Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Rowley                          MA     01969

**Basis for the claim:**
Goods and Services

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**  Nonpriority creditor's name and mailing address

North Shore Fire Appliance Inc.

98 Main Street

P.O. Box 263

Wenham                    MA      01984

Date or dates debt was incurred      06/28/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$630.38

---

**3.46**  Nonpriority creditor's name and mailing address

Northern Essex LTD

235 John Wise Ave

Essex                     MA      01929

Date or dates debt was incurred      11/16/2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$8,409.00

---

**3.47**  Nonpriority creditor's name and mailing address

Northside Carting, Inc.

210 Holt Road

North Andover              MA      01845

Date or dates debt was incurred      08/31/2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$6,695.00

---

**3.48**  Nonpriority creditor's name and mailing address

Ocean State Oil

P.O. Box 1960

North Kingston             NH      02852

Date or dates debt was incurred      02/12/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$4,006.96

---

Debtor   __Hiltz Waste Disposal, Inc._____   Case number (if known)  __16-13459__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 |

P.M. Environmental Inc.

P.O. Box 392

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Manchester                    MA    01944          Goods and Services

Date or dates debt was incurred    04/07/16        Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
                                                   ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 |

Pitney Bowes Global Fin Services

P.O. Box 371887

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Pittsburgh                    PA    15250-7887     Goods and Services

Date or dates debt was incurred    07/01/2016      Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
                                                   ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,620.14 |

Pradera Enterprises

15 Devinne Drive

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Concord                       MA    03301          Goods and Services

Date or dates debt was incurred    05/09/2016      Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
                                                   ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.65 |

Protection One Alarm

P.O. Box 219044

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Kansas City                   MO    64121-9044     Goods and Services

Date or dates debt was incurred    08/14/2016      Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __      ☑ No
                                                   ☐ Yes

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.53** Nonpriority creditor's name and mailing address

Purchase Power

P.O. Box 371874

Pittsburgh                    PA        15250-7874

Date or dates debt was incurred    02/01/16

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$4,589.03

**3.54** Nonpriority creditor's name and mailing address

R & A Industries

47 Hall Street

Medford                    MA        02155

Date or dates debt was incurred    04/19/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,590.80

**3.55** Nonpriority creditor's name and mailing address

R.J Tindle, Inc.

P.O. Box 5505

Salisbury                    MA        01952

Date or dates debt was incurred    06/13/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,871.98

**3.56** Nonpriority creditor's name and mailing address

Republic Services

385 Dunstable Road

Tyngsboro                    MA        01879

Date or dates debt was incurred    07/31/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$100.16

Debtor   **Hiltz Waste Disposal, Inc.**                                    Case number (if known)  **16-13459**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      Amount of claim

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.21 |

**Rose Marine**

**P.O. Box 1346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Gloucester                    MA      01930      **Goods and Services**

Date or dates debt was incurred _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,884.00 |

**Rucci, Bedaro & Falzone**

**500 Unicorn Park Drive, Ste 101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Woburn                        MA      01801      **Goods and Services**

Date or dates debt was incurred   **05/31/2016**    Is the claim subject to offset?
☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.05 |

**Sanitary Equip Co Inc.**

**25 Industry Drive**

**P.O. Box 26006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

West Haven                    CT      06516      **Goods and Services**

Date or dates debt was incurred   **04/04/2016**    Is the claim subject to offset?
☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,638.82 |

**Sassoon & Cymrot LLP**

**84 State Street, 8th Floor**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Boston                        MA      02109      **Attorney Fees**

Date or dates debt was incurred   **05/01/2016**    Is the claim subject to offset?
☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61** Nonpriority creditor's name and mailing address

Scott Energy

P.O. Box 1429

Gloucester                          MA     01930

Date or dates debt was incurred     07/01/2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$373.61

---

**3.62** Nonpriority creditor's name and mailing address

Silverman, Avila & Gershaw CPA's

100 Conifer Hill Drive, Ste 108

Danvers                             MA     01923

Date or dates debt was incurred     07/26/2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.63** Nonpriority creditor's name and mailing address

Slingshot Information Systems

51 Broadway

Rockport                            MA     01966

Date or dates debt was incurred     07/31/2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$245.45

---

**3.64** Nonpriority creditor's name and mailing address

Speedway Welding Supply

16 Old County Road

Gloucester                          MA     01930

Date or dates debt was incurred     

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$159.39

---

Debtor    **Hiltz Waste Disposal, Inc.** _____    Case number (if known)    **16-13459**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.65**    Nonpriority creditor's name and mailing address

$4,955.68

Sprint

P.O. Box 4181

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Carol Stream    IL    60197-4181

Date or dates debt was incurred    07/06/2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66**    Nonpriority creditor's name and mailing address

$12,608.62

Sullivan Tire Co.

P.O. Box 370

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Rockland    MA    02370-0370

Date or dates debt was incurred    03/18/2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67**    Nonpriority creditor's name and mailing address

$1,712.50

Tally's

2 Washington Street

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Gloucester    MA    01930

Date or dates debt was incurred    07/08/2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68**    Nonpriority creditor's name and mailing address

$2,400.00

Town of Manchester

Town Hall-DPW

10 Central Street

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Manchester-By-The-Sea    MA    01944

Date or dates debt was incurred    03/01/2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69** Nonpriority creditor's name and mailing address

Town of Stoneham

DPW

16 Pine Street

Stoneham            MA     02180

Date or dates debt was incurred     05/31/2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,200.00

**3.70** Nonpriority creditor's name and mailing address

Transportation Advisor

P.O. Box 558

Palmer            MA     01069

Date or dates debt was incurred     07/15/2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$365.00

**3.71** Nonpriority creditor's name and mailing address

Troiano Waste Service

P.O. Box 3541

Portland            ME     04104

Date or dates debt was incurred     04/01/2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,250.00

**3.72** Nonpriority creditor's name and mailing address

Turner Steel Co., Inc.

128 N. Main Street

P.O. Box 399

West Bridgewater            MA     02379

Date or dates debt was incurred     05/23/2016

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,315.22

Debtor   **Hiltz Waste Disposal, Inc.** _____   Case number (if known) **16-13459**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,584.53 |

**Unifirst Corp.**

**8 Industrial Pk. Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Nashua** | **NH** | **03062** | **Goods and Services** |

Date or dates debt was incurred   **04/01/2016**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $951.36 |

**Verizon**

**P.O. Box 15124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Albany** | **NY** | **12212-5124** | **Goods and Services** |

Date or dates debt was incurred   **03/23/2016**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $329,676.93 |

**Wheelabrator Technologies**

**P.O. Box 84226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Boston** | **MA** | **02284** | **Goods and Services** |

Date or dates debt was incurred   **02/18/2016**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $345.00 |

**Wood Trucking**

**13 Lakeland Park Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Peabody** | **MA** | **01960** | **Goods and Services** |

Date or dates debt was incurred   **08/01/2016**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor    __Hiltz Waste Disposal, Inc._____    Case number (if known) __16-13459__

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$1,929.33

__ZEP Manufacturing Company_____

__P.O. Box 3338_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Basis for the claim:

__Boston_____ MA   __02241-3338__    __Goods and Services_____

Date or dates debt was incurred   __07/19/2016__

Is the claim subject to offset?

☑ No

Last 4 digits of account number   __ __ __ __

☐ Yes

| Debtor | Hiltz Waste Disposal, Inc. | Case number (if known) | 16-13459 |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | | |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $58,022.83 |
| 5b. | Total claims from Part 2 | 5b. + | $2,190,160.76 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $2,248,183.59 |

**Fill in this information to identify the case:**

Debtor name        Hiltz Waste Disposal, Inc.

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number        16-13459                    Chapter    11
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2.   List all contracts and unexpired leases                    State the name and mailing address for all other
                                                                 parties with whom the debtor has an executory
                                                                 contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Auto Lease | GM Financial Leasing |
|---|---|---|---|
|  |  |  | P.O. Box 100 |
|  | State the term remaining | 27 payment(s) |  |
|  | List the contract number of any government contract |  | Williamsville            NY      14231 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Annual renewable lease.  Terminable upon either party's request. | Kondelin Road LLC |
|  |  |  | 24 Kondelin Road |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Gloucester               MA      01930 |

**Fill in this information to identify the case:**

Debtor name    Hiltz Waste Disposal, Inc.

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number    **16-13459**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 Donald & Deborah Hiltz | 632 Washington Ave<br>_Number    Street_<br><br>Gloucester    MA   01930<br>_City    State    ZIP Code_ | First Ipswich Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Donald & Deborah Hiltz | 632 Washington Ave<br>_Number    Street_<br><br>Gloucester    MA   01930<br>_City    State    ZIP Code_ | First Ipswich Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Donald & Deborah Hiltz | 632 Washington Ave<br>_Number    Street_<br><br>Gloucester    MA   01930<br>_City    State    ZIP Code_ | First Ipswich Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Donald & Deborah Hiltz | 632 Washington Ave<br>_Number    Street_<br><br>Gloucester    MA   01930<br>_City    State    ZIP Code_ | First Ipswich Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Donald & Deborah Hiltz | 632 Washington Ave<br>_Number    Street_<br><br>Gloucester    MA   01930<br>_City    State    ZIP Code_ | First Ipswich Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor    __Hiltz Waste Disposal, Inc._____    Case number (if known)  __16-13459_____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.6** | Kondelin Road LLC | | First Ipswich Bank | ☐ D |
| | | Number    Street | | ☑ E/F |
| | | | | ☐ G |
| | | City                    State    ZIP Code | | |