**Fill in this information to identify the case:**

Debtor Name: Hiltz Waste Disposal, Inc.

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): 16-13459

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals         12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................ **$3,420,382.23**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................... **$3,420,382.23**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................... **$2,674,391.52**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..................... **$58,022.83**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........ + **$2,190,160.76**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................. **$4,922,575.11**