**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re: HW LIQUIDATING INC., F/K/A HILTZ　§　　Case No. 16-13459-MSH
　　　　WASTE DISPOSAL, INC.　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Mark G. DeGiacomo, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $782,421.35 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $3,350,046.19 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $773,842.40 | |

　　　　3) Total gross receipts of $4,123,888.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,123,888.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,580,254.64 | $2,580,254.64 | $2,580,254.64 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $326,945.78 | $307,004.87 | $307,004.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $467,912.36 | $466,837.53 | $466,837.53 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,796.47 | $21.03 | $21.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $7,255,254.14 | $2,005,851.40 | $769,770.52 |
| **TOTAL DISBURSEMENTS** | $0.00 | $10,632,163.39 | $5,359,969.47 | $4,123,888.59 |

4) This case was originally filed under chapter 7 on 09/07/2016, and it was converted to chapter 7 on 12/27/2017. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2020     By: /s/ Mark G. DeGiacomo
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles and Other Vehicles | 1129-000 | $2,925,000.00 |
| Citizens Bank Operational Account | 1229-000 | $337,567.77 |
| Interest in insurance policies | 1129-000 | $501,041.00 |
| AJ Equipment - Preference Settlement | 1241-000 | $17,045.45 |
| Preference Setlement - McDevitt Trucks, Inc. | 1241-000 | $9,500.00 |
| Sullivan Tire - Preference Settlement | 1241-000 | $3,000.00 |
| Loan receivable from Kondelin Road LLC | 1129-000 | $44,330.97 |
| Brick Ends - Preference Settlement | 1241-000 | $1,000.00 |
| Savings account ending in 0958 | 1129-000 | $27,141.58 |
| Insurance recovery - truck accident | 1229-000 | $3,000.00 |
| Truck Shop Preference Settlement | 1241-000 | $2,000.00 |
| return of final loan payment payable to First Ipswich | 1229-000 | $36,912.51 |
| Preference E.L. Harvey | 1241-000 | $12,036.90 |
| Rose Oil Preference Settlement | 1241-000 | $8,562.31 |
| Eastern Insurance Premium refund | 1229-000 | $47,256.96 |
| American Express - Preference Settlement | 1241-000 | $117,500.00 |
| Settlement Preference - G. Mello Disposal | 1241-000 | $15,964.00 |
| Berickson Group LLC - Unused Retainer | 1229-000 | $174.64 |
| Settlement of Preference C.N. Wood | 1241-000 | $1,000.00 |
| Preferance Settlement - Wex, Inc. | 1241-000 | $8,000.00 |
| Preference Settlement - Reenergy Recycling | 1241-000 | $4,500.00 |
| Over payment of rent | 1290-000 | $1,354.50 |
| **TOTAL GROSS RECEIPTS** | | **$4,123,888.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cape Ann Savings Bank | 4210-000 | NA | $498,484.80 | $498,484.80 | $498,484.80 |
| | First Ipswich Bank | 4210-000 | NA | $2,081,769.84 | $2,081,769.84 | $2,081,769.84 |
| | **TOTAL SECURED** | | **$0.00** | **$2,580,254.64** | **$2,580,254.64** | **$2,580,254.64** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mark DeGiacomo, Chapter 7 Trustee | 2100-000 | NA | $66,966.66 | $66,966.66 | $66,966.66 |
| Trustee, Expenses - MARK G. DEGIACOMO, CH. 7 TRUSTEE | 2200-000 | NA | $149.00 | $149.00 | $149.00 |
| Attorney for Trustee Fees - MURTHA CULLINA LLP | 3110-000 | NA | $78,628.00 | $78,628.00 | $78,628.00 |
| Attorney for Trustee, Expenses - MURTHA CULLINA LLP | 3120-000 | NA | $4,549.53 | $4,549.53 | $4,549.53 |
| Fees, United States Trustee | 2950-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| Fees, United States Trustee | 2950-000 | NA | $10,400.00 | $10,400.00 | $10,400.00 |
| Bond Payments - BOND | 2300-000 | NA | $330.70 | $330.70 | $330.70 |
| Bond Payments - Global Surety, LLC | 2300-000 | NA | -$15,720.00 | -$15,720.00 | -$15,720.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $17,234.00 | $17,234.00 | $17,234.00 |
| Costs re Sale of Property - Eastern Waste Services, Inc. | 2500-000 | NA | $83,325.17 | $83,325.17 | $83,325.17 |
| Costs re Sale of Property - U.S. Bankruptcy Court | 2500-000 | NA | $12.30 | $12.30 | $12.30 |
| Other State or Local Taxes (post-petition) - COMMONWEALTH OF MASSACHUSETTS | 2820-000 | NA | $912.00 | $912.00 | $912.00 |
| Other State or Local Taxes (post-petition) - Massachusetts Department of Revenue Bankruptcy Unit | 2820-000 | NA | $19,940.91 | $0.00 | $0.00 |
| Other Chapter 7 Administrative Expenses - COMMONWEALTH OF MASSACHUSETTS | 2990-000 | NA | $201.00 | $201.00 | $201.00 |
| Accountant for Trustee Fees (Other Firm) - VERDOLINO & LOWEY, P.C. | 3410-000 | NA | $52,941.00 | $52,941.00 | $52,941.00 |
| Accountant for Trustee Expenses (Other Firm) - VERDOLINO & LOWEY, P.C. | 3420-000 | NA | $575.51 | $575.51 | $575.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$326,945.78** | **$307,004.87** | **$307,004.87** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other Operating Expenses - Beverly Overhead Garage Door Co., Inc. | 6950-000 | NA | $710.00 | $710.00 | $710.00 |
| Prior Chapter Trade Debt - Casella Recycling Inc. | 6910-000 | NA | $683.45 | $683.45 | $683.45 |
| Prior Chapter Trade Debt - Cintas | 6910-000 | NA | $246.43 | $246.43 | $246.43 |
| Prior Chapter Other Operating Expenses - City of Gloucester | 6950-000 | NA | $209.75 | $209.75 | $209.75 |
| Prior Chapter Trade Debt - Commonwealth Waste Transportation, LLC | 6910-000 | NA | $850.00 | $850.00 | $850.00 |
| Prior Chapter Trade Debt - Commonwealth of Massachusetts | 6910-000 | NA | $18.45 | $18.45 | $18.45 |
| Administrative Rent (post-petition storage fees, leases) - Demeo LLP as counsel to Kondelin Road, LLC | 6920-000 | NA | $3,257.07 | $3,257.07 | $3,257.07 |
| Other Prior Chapter Administrative Expenses - Fryklund Construction | 6990-000 | NA | $0.00 | $0.00 | $0.00 |
| Other Prior Chapter Administrative Expenses - Fryklund Construction | 6990-000 | NA | $2,530.00 | $2,530.00 | $2,530.00 |
| Prior Chapter Trade Debt - Gary Hiltz | 6910-000 | NA | $59.92 | $59.92 | $59.92 |
| Prior Chapter Trustee Expenses - MARK G. DEGIACOMO, CH. 11 TRUSTEE | 6102-000 | NA | $164.86 | $164.86 | $164.86 |
| Prior Chapter Trustee Compensation - MARK G. DEGIACOMO, CH. 11 TRUSTEE | 6101-000 | NA | $80,000.00 | $80,000.00 | $80,000.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - MURTHA CULLINA, LLP | 6110-000 | NA | $116,828.50 | $116,828.50 | $116,828.50 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - MURTHA CULLINA, LLP | 6120-000 | NA | $3,574.28 | $3,574.28 | $3,574.28 |
| Prior Chapter Trade Debt - Miles River Sand & Gravel, LLC | 6910-000 | NA | $165.00 | $165.00 | $165.00 |
| Attorney for Creditor's Committee Fees (Chapter 11) - Morrissey, Wilson & Zafiropoulos, LLP | 6700-140 | NA | $22,500.00 | $22,500.00 | $22,500.00 |
| Prior Chapter Trade Debt - NH DOT E-ZPass | 6910-000 | NA | $54.00 | $54.00 | $54.00 |
| Prior Chapter Trade Debt - NRC East Environmental | 6910-000 | NA | $3,399.51 | $3,399.51 | $3,399.51 |
| Prior Chapter Trade Debt - National Grid | 6910-000 | NA | $762.17 | $762.17 | $762.17 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Prior Chapter Trade Debt - Neofunds | 6910-000 | NA | $958.93 | $958.93 | $958.93 |
| Prior Chapter Other Operating Expenses - Paychex of New York LLC | 6950-000 | NA | $1,226.06 | $1,226.06 | $1,226.06 |
| Prior Chapter Trade Debt - Sanitary Equipment Company | 6910-000 | NA | $812.85 | $812.85 | $812.85 |
| Attorney for D-I-P Expenses - Sassoon & Cymrot, LLP | 6220-170 | NA | $1,717.00 | $1,717.00 | $1,717.00 |
| Attorney for D-I-P Fees - Sassoon & Cymrot, LLP | 6210-160 | NA | $116,195.00 | $116,195.00 | $116,195.00 |
| Prior Chapter Trade Debt - Save That Stuff, Inc. | 6910-000 | NA | $561.32 | $561.32 | $561.32 |
| Other Prior Chapter Professional Fees - Slingshot Information Systems, Inc. | 6700-000 | NA | $326.25 | $326.25 | $326.25 |
| Special Accountant Expenses (Chapter 11) - VERDOLINO & LOWEY, P.C. | 6420-590 | NA | $439.44 | $439.44 | $439.44 |
| Special Accountant Fees (Chapter 11) - VERDOLINO & LOWEY, P.C. | 6410-580 | NA | $92,494.50 | $92,494.50 | $92,494.50 |
| Prior Chapter Trade Debt - Wheelabrator Technologies | 6910-000 | NA | $16,092.79 | $16,092.79 | $16,092.79 |
| Other State and Local Taxes (Chapter 12 or 13) - Massachusetts Department of Revenue Bankruptcy Unit | 6820-860 | NA | $1,074.83 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $467,912.36 | $466,837.53 | $466,837.53 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 37 | Massachusetts Department of Revenue Bankruptcy Unit | 5800-000 | NA | $1,775.44 | $0.00 | $0.00 |
| 40P | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | NA | $4.65 | $4.65 | $4.65 |
| 41P | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | NA | $16.38 | $16.38 | $16.38 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,796.47 | $21.03 | $21.03 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United States Bankruptcy Court | 7100-000 | NA | $189.05 | $189.05 | $189.05 |
| 1 | ReEnergy Recycling Operations LLC | 7100-000 | NA | $30,572.28 | $30,572.28 | $11,738.82 |
| 2 | Atlantic Recyclying Equipment | 7100-000 | NA | $16,305.13 | $0.00 | $0.00 |
| 3 | Sullivan Tire, Inc. | 7100-000 | NA | $13,856.19 | $13,856.19 | $5,320.35 |
| 4 | ACAR Leasing LTD | 7100-000 | NA | $972.43 | $972.43 | $373.38 |
| 5 | Spint Corporation | 7100-000 | NA | $5,294.84 | $5,294.84 | $2,033.06 |
| 6 | Camerota Truck Parts | 7100-000 | NA | $15,774.92 | $15,774.92 | $6,057.09 |
| 7-3 | U.S. Department of Labor JFK Federal Building | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 8-3 | American Express Bank FSB | 7100-000 | NA | $175,000.00 | $175,000.00 | $67,194.63 |
| 9 | CIT Bank, N.A. | 7100-000 | NA | $4,341.47 | $4,341.47 | $1,666.99 |
| 10 | National Grid | 7100-000 | NA | $3,731.46 | $3,731.46 | $1,432.77 |
| 11 | Rucci, Bedaro & Falzone | 7100-000 | NA | $6,393.00 | $6,393.00 | $2,454.72 |
| 12 | CN Wood Co., Inc. | 7100-000 | NA | $12,470.97 | $0.00 | $0.00 |
| 13 | Northern Essex LTD | 7100-000 | NA | $8,409.00 | $8,409.00 | $3,228.80 |
| 14 | Montrose Machine Inc | 7100-000 | NA | $2,880.04 | $2,880.04 | $1,105.85 |
| 15 | Ocean State Oil | 7100-000 | NA | $4,542.54 | $4,542.54 | $1,744.20 |
| 16 | P.M. Environmental, Inc. | 7100-000 | NA | $1,250.00 | $1,250.00 | $479.96 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Casella Recycling, Inc. | 7100-000 | NA | $53,677.60 | $53,677.60 | $20,610.55 |
| 18 | Casella Waste Systems, Inc. | 7100-000 | NA | $956.65 | $956.65 | $367.32 |
| 19 | Maguire Equipment, Inc. | 7100-000 | NA | $2,174.38 | $2,174.38 | $834.90 |
| 20 | Allied Waste Systems, Inc | 7100-000 | NA | $306,163.81 | $306,163.81 | $117,557.52 |
| 21 | Northside Carting Inc | 7100-000 | NA | $13,948.60 | $0.00 | $0.00 |
| 22-3 | UniFirst Corporation | 7100-000 | NA | $22,922.95 | $21,922.42 | $8,417.54 |
| 23-3 | Town of Hamilton | 7100-000 | NA | $194,212.00 | $0.00 | $0.00 |
| 24 | Interstate Refrigerant Recovery, Inc. | 7100-000 | NA | $742.00 | $742.00 | $284.91 |
| 25-3 | Pitney Bowes Inc | 7100-000 | NA | $4,965.17 | $0.00 | $0.00 |
| 26 | R.J. Tindle, Inc. | 7100-000 | NA | $3,013.87 | $3,013.87 | $1,157.23 |
| 27 | Town of Wakefield, Massachusetts | 7100-000 | NA | $436,528.43 | $436,528.43 | $167,613.53 |
| 28 | New England Solid Waste Consultants, Inc. | 7100-000 | NA | $492.35 | $492.35 | $0.00 |
| 29 | Wheelabrator Technologies, Inc. | 7100-000 | NA | $345,276.57 | $345,276.57 | $132,575.62 |
| 30 | McDevitt Trucks, Inc. | 7100-000 | NA | $21,797.22 | $21,797.22 | $8,369.46 |
| 31-3 | Town of Stoneham Town Administrator - Town of Stoneham Stoneham Town Hall | 7100-000 | NA | $553,500.00 | $0.00 | $0.00 |
| 32 | Town of Wenham | 7100-000 | NA | $98,418.00 | $98,418.00 | $37,789.49 |
| 33 | Town of Swampscott | 7100-000 | NA | $287,248.66 | $287,248.66 | $110,294.68 |
| 34 | Charles George Companies, Inc. | 7100-000 | NA | $37,748.69 | $37,748.69 | $14,494.34 |
| 35-3 | First Ipswich Bank | 7100-000 | NA | $3,230,623.36 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | BRL-Labs | 7100-000 | NA | $2,966.50 | $2,966.50 | $1,139.05 |
| 39 | Pitney Bowes Global Financial Services LLC | 7100-000 | NA | $2,291.17 | $2,291.17 | $879.74 |
| 40U | Internal Revenue Service Centralized Insolvency Operation | 7400-000 | NA | $57.90 | $57.90 | $0.00 |
| 41U | Internal Revenue Service Centralized Insolvency Operation | 7400-000 | NA | $833.65 | $833.65 | $0.00 |
| 43 | Casella Waste Systems, Inc. | 7100-000 | NA | $54,634.25 | $0.00 | $0.00 |
| 44-3 | Environmental Resource Return Re Energy Recycling Operations LLC | 7100-000 | NA | $30,572.28 | $0.00 | $0.00 |
| 45 | A/J Equipment Repair, Inc. | 7100-000 | NA | $6,310.20 | $6,310.20 | $2,422.92 |
| 46-3 | 251 Main Street Courtney Ross Escobar, Esq. Doucette & LaRose, LLC | 7100-000 | NA | $10,673.52 | $0.00 | $0.00 |
| 48-2 | Deborah Hiltz | 7100-000 | NA | $1,226,496.93 | $100,000.00 | $38,396.93 |
| 49 | National Grid | 7100-000 | NA | $4,024.11 | $4,024.11 | $1,545.12 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $7,255,254.14 | $2,005,851.40 | $769,770.52 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-13459-MSH
Case Name: HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC.
For Period Ending: 02/11/2020

Trustee Name: (410420) Mark G. DeGiacomo
Date Filed (f) or Converted (c): 12/27/2017 (c)
§ 341(a) Meeting Date:
Claims Bar Date: 04/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand | 3,295.44 | 0.00 | | 0.00 | FA |
| 2 | Savings account ending in 0958 | 104,683.18 | 104,683.18 | | 27,141.58 | FA |
| 3 | Checking Account ending in 9430 | 63,111.22 | 63,111.22 | | 0.00 | FA |
| 4 | Checking account ending in 9600 | 1,722.32 | 1,722.32 | | 0.00 | FA |
| 5 | Accounts Receivable Under 90 days | 702,201.24 | 702,201.24 | | 0.00 | FA |
| 6 | Accounts Receivable Over 90 Days | 11,091.13 | 11,091.13 | | 0.00 | FA |
| 7 | Office Furniture and Equipment | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8* | Automobiles and Other Vehicles (See Footnote) | 2,500,000.00 | 2,500,000.00 | | 2,925,000.00 | FA |
| 9* | Other machinery, fixtures and equipment - Leasehold Improvements (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 10* | Interest in insurance policies (See Footnote) | 11,054.27 | 11,054.27 | | 501,041.00 | FA |
| 11 | Loan receivable from Kondelin Road LLC | 44,330.97 | 44,330.97 | | 44,330.97 | FA |
| 12 | Preference E.L. Harvey (u) | 0.00 | 12,036.90 | | 12,036.90 | FA |
| 13 | Settlement of Preference C.N. Wood (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 14 | Insurance recovery - truck accident (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 15 | Over payment of rent (u) | 0.00 | 1,354.50 | | 1,354.50 | FA |
| 16 | Berickson Group LLC - Unused Retainer (u) | 0.00 | 174.64 | | 174.64 | FA |
| 17 | return of final loan payment payable to First Ipswich (u) | 0.00 | 36,912.51 | | 36,912.51 | FA |
| 18 | Citizens Bank Operational Account (u) | 0.00 | 23,211.57 | | 337,567.77 | FA |
| 19 | Preferance Settlement - Wex, Inc. (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 20 | Settlement Preference - G. Mello Disposal (u) | 0.00 | 15,946.00 | | 15,964.00 | FA |
| 21 | Eastern Insurance Premium refund (u) | 0.00 | 6,708.96 | | 47,256.96 | FA |
| 22 | American Express - Preference Settlement (u) | 0.00 | 117,500.00 | | 117,500.00 | FA |
| 23 | Brick Ends - Preference Settlement (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 24 | Sullivan Tire - Preference Settlement (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

Case No.: 16-13459-MSH  
Case Name: HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC.  
For Period Ending: 02/11/2020

Trustee Name: (410420) Mark G. DeGiacomo  
Date Filed (f) or Converted (c): 12/27/2017 (c)  
§ 341(a) Meeting Date:  
Claims Bar Date: 04/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Preference Settlement - Reenergy Recycling (u) | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 26 | Preference Setlement - McDevitt Trucks, Inc. (u) | 0.00 | 7,000.00 | | 9,500.00 | FA |
| 27 | Preference Actions (u) | 0.00 | 10,000.00 | | 0.00 | FA |
| 28 | AJ Equipment - Preference Settlement (u) | 0.00 | 17,045.00 | | 17,045.45 | FA |
| 29 | Dennison Lubricants Preference Settlement (u) | 0.00 | 2,500.00 | | 0.00 | FA |
| 30 | Rose Oil Preference Settlement (u) | 8,562.31 | 8,562.31 | | 8,562.31 | FA |
| 31 | Truck Shop Preference Settlement (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 32 | Globe Surety, LLC (u) | 0.00 | 15,720.00 | | 0.00 | FA |
| **32** | **Assets Totals (Excluding unknown values)** | **$3,451,052.08** | **$3,736,366.72** | | **$4,123,888.59** | **$0.00** |

RE PROP# 8    Trucks, motor vehicles and dumpsters  
RE PROP# 9    Leasehold improvements  
RE PROP# 10   Life policy: V2400372  
              Basic face: $500,000  
              Surrender value: $11,054.27

**Major Activities Affecting Case Closing:**

TDR will be sent to the UST upon receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):** 06/30/2019    **Current Projected Date Of Final Report (TFR):** 06/14/2019 (Actual)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| Case No.: | 16-13459-MSH | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******1766 Checking Account |
| Taxpayer ID #: | **-***2927 | Blanket Bond (per case limit): | $25,000,000.00 |
| For Period Ending: | 02/11/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/17 | {8} | Hometown Waste LLC | Deposit on Sale of All Business Assets | 1129-000 | 292,500.00 | | 292,500.00 |
| 09/08/17 | {11} | Kondelin Road, LLC | amonut due to Debtor | 1129-000 | 44,330.97 | | 336,830.97 |
| 10/04/17 | 101 | U.S. Bankruptcy Court | Certified Copy | 2500-000 | | 12.30 | 336,818.67 |
| 10/13/17 | 102 | International Sureties, Ltd. | Bond # 016075187 | 2300-000 | | 17,234.00 | 319,584.67 |
| 10/19/17 | {8} | Hometown Waste LLC | Sale of substantially all assets of the bankruptcy estate Linked to Asset No. 8 but includes all other business assets | 1129-000 | 2,632,500.00 | | 2,952,084.67 |
| 10/20/17 | 103 | First Ipswich Bank | Payoff Loans ******4154, ******2530, ******3770, ******4100 & ******4620 | 4210-000 | | 2,081,769.84 | 870,314.83 |
| 10/20/17 | 104 | Cape Ann Savings Bank | Payoff loans 180000190, 180000192, 180000210 and 180000228 | 4210-000 | | 498,484.80 | 371,830.03 |
| 10/20/17 | 105 | Demeo LLP as counsel to Kondelin Road, LLC | pro rated rent through Oct. 19, 2017 | 6920-000 | | 3,257.07 | 368,572.96 |
| 10/26/17 | {18} | Hiltz/Citizens Accounts | Closed All DIP Accounts | 1229-000 | 309,000.00 | | 677,572.96 |
| 11/01/17 | 106 | Wheelabrator Technologies | Invoice 001-011732 - Acct 0010135 | 6910-000 | | 9,214.33 | 668,358.63 |
| 11/01/17 | 107 | Wheelabrator Technologies | Invoice 005-012213 - Acct 0050086 | 6910-000 | | 278.70 | 668,079.93 |
| 11/01/17 | 108 | Wheelabrator Technologies | Invoice 005-012220 - Acct 0050086 | 6910-000 | | 935.48 | 667,144.45 |
| 11/01/17 | 109 | Wheelabrator Technologies | Invoice 001-011738 - Acct 0010135 | 6910-000 | | 5,664.28 | 661,480.17 |
| 11/01/17 | 110 | Cintas | Invoice #******6576 - Customer #30023922 - Payer #10374028 | 6910-000 | | 197.17 | 661,283.00 |
| 11/01/17 | 111 | Cintas | Invoice #******6577 - Customer #30023922 - Payer #10374028 | 6910-000 | | 49.26 | 661,233.74 |
| 11/01/17 | 112 | Commonwealth of Massachusetts | Invoice #18911823 License Plate #90554 State MA | 6910-000 | | 18.45 | 661,215.29 |
| 11/01/17 | 113 | NH DOT E-ZPass | Trans # V000458682352-00001, 00002, 00003, 00004, Plate MA 90554 | 6910-000 | | 21.50 | 661,193.79 |
| 11/01/17 | 114 | Miles River Sand & Gravel, LLC | Invoice #8809 | 6910-000 | | 165.00 | 661,028.79 |
| 11/01/17 | 115 | National Grid | Acct #******-*3038, 9/12/17-10/12/17 | 6910-000 | | 479.64 | 660,549.15 |
| 11/01/17 | 116 | US Trustee Payment Center | Quarter 3, 2017 - Acct #***-**-*3459 | 2950-000 | | 6,500.00 | 654,049.15 |
| 11/02/17 | 117 | Neofunds | Acct 7900 0440 8033 3663 | 6910-000 | | 958.93 | 653,090.22 |
| 11/02/17 | 118 | National Grid | Acct #******-*3039, 9/22/17-10/23/17 | 6910-000 | | 282.53 | 652,807.69 |
| 11/02/17 | 119 | NH DOT E-ZPass | Trans # V000464765964-00001, 00002, 00003, 00004, Plate MA 90554 | 6910-000 | | 21.50 | 652,786.19 |
| 11/02/17 | 120 | NH DOT E-ZPass | Trans # V000471197694-00001, 00002, Plate MA 90554 | 6910-000 | | 11.00 | 652,775.19 |
| 11/09/17 | {14} | Berkley Insurance Company | insurance recovery re: truck accident | 1229-000 | 3,000.00 | | 655,775.19 |
| 11/29/17 | {18} | Citizens Bank | Final Close out of Operating Account | 1229-000 | 23,211.57 | | 678,986.76 |
| 12/11/17 | 121 | Slingshot Information Systems, Inc. | Invoice S-9597 | 6700-000 | | 326.25 | 678,660.51 |

**Page Subtotals:** $3,304,542.54   $2,625,882.03

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 16-13459-MSH | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | Bank Name: | Mechanics Bank |
|  |  | Account #: | ******1766 Checking Account |
| Taxpayer ID #: | **-***2927 | Blanket Bond (per case limit): | $25,000,000.00 |
| For Period Ending: | 02/11/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/11/17 | 122 | Gary Hiltz | Mileage 10/18-19 | 6910-000 |  | 59.92 | 678,600.59 |
| 12/11/17 | 123 | Paychex of New York LLC | Invoice ******3000 | 6950-000 |  | 1,226.06 | 677,374.53 |
| 12/11/17 | 124 | Fryklund Construction | Invoice Date September 2017 Stopped on 04/10/2018 | 6910-000 |  | 2,530.00 | 674,844.53 |
| 12/11/17 | 125 | City of Gloucester | Water Bill Acct# 013931 7/6/17-10/3/17 | 6950-000 |  | 197.25 | 674,647.28 |
| 12/11/17 | 126 | City of Gloucester | Water Bill Acct# 012786 7/6/17-10/3/17 | 6950-000 |  | 12.50 | 674,634.78 |
| 12/11/17 | 127 | Beverly Overhead Garage Door Co., Inc. | Invoice N0. 5555 | 6950-000 |  | 710.00 | 673,924.78 |
| 12/21/17 | {2} | First Ipswich Bank | Closed Account | 1129-000 | 27,141.58 |  | 701,066.36 |
| 01/10/18 | {17} | First Ipswich Bank | Return of Final Loan Repayment | 1229-000 | 36,912.51 |  | 737,978.87 |
| 01/23/18 | {16} | BErickson Group, LLC | unused retainer | 1229-000 | 174.64 |  | 738,153.51 |
| 02/08/18 | {10} | Prudential Insurance | Recovery of Life Insurance Policy - Deborah Hiltz | 1129-000 | 501,041.00 |  | 1,239,194.51 |
| 02/08/18 | {15} | First Ipswich Bank | Over payment of rent returned | 1290-000 | 1,354.50 |  | 1,240,549.01 |
| 02/12/18 |  | Global Surety, LLC | Refund of Chapter 11 Bond | 2300-000 |  | -15,720.00 | 1,256,269.01 |
| 03/08/18 | 128 | MARK G. DEGIACOMO, CH. 11 TRUSTEE | Trustee Compensation and Expenses |  |  | 80,164.86 | 1,176,104.15 |
|  |  |  | Trustee Compensation and Expenses $80,000.00 | 6101-000 |  |  |  |
|  |  |  | Trustee Expenses $164.86 | 6102-000 |  |  |  |
| 03/08/18 | 129 | VERDOLINO & LOWEY, P.C. | Accountant Fees & Expenses |  |  | 92,933.94 | 1,083,170.21 |
|  |  |  | Accountant Fees & Expenses $92,494.50 | 6410-580 |  |  |  |
|  |  |  | Expenses $439.44 | 6420-590 |  |  |  |
| 03/08/18 | 130 | MURTHA CULLINA, LLP | Fess & Expenses Counsel to Ch. 11 Trustee |  |  | 120,402.78 | 962,767.43 |
|  |  |  | Fess & Expenses Counsel to Ch. 11 Trustee $116,828.50 | 6110-000 |  |  |  |
|  |  |  | $3,574.28 | 6120-000 |  |  |  |
| 03/12/18 | 131 | COMMONWEALTH OF MASSACHUSETTS | TIN 04-3452927 Form 355-7004 | 2990-000 |  | 201.00 | 962,566.43 |
| 03/29/18 | {12} | E.L. Harvey & Sons, Inc. | recovery of preference - settlement | 1241-000 | 12,036.90 |  | 974,603.33 |
| 04/10/18 | 124 | Fryklund Construction | Invoice Date September 2017 Stopped: check issued on 12/11/2017 | 6910-000 |  | -2,530.00 | 977,133.33 |
| 04/20/18 | 132 | Morrissey, Wilson & Zafiropoulos, LLP | Allowed Fees Creditor Comm. | 6700-140 |  | 22,500.00 | 954,633.33 |
| 04/20/18 | 133 | Sassoon & Cymrot, LLP | Allowed Fees and Expenses Debtor's Counsel |  |  | 117,912.00 | 836,721.33 |
|  |  |  | $116,195.00 | 6210-160 |  |  |  |
|  |  |  | $1,717.00 | 6220-170 |  |  |  |
| 06/01/18 | {13} | C.N. Wood Co., Inc. | Settlement Preference | 1241-000 | 1,000.00 |  | 837,721.33 |

Page Subtotals: **$579,661.13**   **$420,600.31**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

Case 16-13459    Doc 448    Filed 02/21/20    Entered 02/21/20 14:04:22    Desc Main
Document      Page 15 of 20

**Form 2**

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 16-13459-MSH | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******1766 Checking Account |
| Taxpayer ID #: | **-***2927 | Blanket Bond (per case limit): | $25,000,000.00 |
| For Period Ending: | 02/11/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/13/18 | {18} | Citizens Bank | Final Close out of Operating Account | 1229-000 | 5,356.20 | | 843,077.53 |
| 06/15/18 | {19} | Wex, Inc. | Settlement Preference | 1241-000 | 8,000.00 | | 851,077.53 |
| 07/05/18 | {21} | Eastern Insurance Group LLC | Returned Premium | 1229-000 | 6,708.96 | | 857,786.49 |
| 07/12/18 | {20} | G. Mello Disposal | Preference Settlement | 1241-000 | 15,964.00 | | 873,750.49 |
| 07/23/18 | {28} | AJ Equipment Repair, Inc. | Preference/Settlement | 1241-000 | 17,045.45 | | 890,795.94 |
| 07/30/18 | 134 | International Sureties, Ltd. | Blanket Bond Renewal Bond # 016027599 Voided on 07/30/2018 | 2300-000 | | 330.70 | 890,465.24 |
| 07/30/18 | 134 | International Sureties, Ltd. | Blanket Bond Renewal Bond # 016027599 Voided: check issued on 07/30/2018 | 2300-000 | | -330.70 | 890,795.94 |
| 07/30/18 | 135 | International Sureties, Ltd. | Blanket Bond Renewal Bond # 016027599 | 2300-000 | | 330.70 | 890,465.24 |
| 08/07/18 | {22} | American Express | Preference Settlement | 1241-000 | 117,500.00 | | 1,007,965.24 |
| 08/07/18 | {23} | Brick Ends Farm, Inc. | Preference Settlement | 1241-000 | 1,000.00 | | 1,008,965.24 |
| 08/24/18 | {24} | Sullivan Tire | Preference Settlement | 1241-000 | 3,000.00 | | 1,011,965.24 |
| 09/05/18 | {25} | Reenegy Recycling Operations | REENERGY RECYCLING 20180905G1QG990C00 0266 | 1241-000 | 4,500.00 | | 1,016,465.24 |
| 09/27/18 | {26} | McDevitt Trucks | Preference Settlement - McDevitt Trucks | 1241-000 | 7,000.00 | | 1,023,465.24 |
| 10/31/18 | {21} | Eastern Insurance | Eastern Insurance Premium Refund | 1229-000 | 40,548.00 | | 1,064,013.24 |
| 01/09/19 | {26} | Dennison Lubricants | Preference Settlement - Dennison Lubricants | 1241-000 | 2,500.00 | | 1,066,513.24 |
| 01/16/19 | | Transfer Debit to United Bank acct ********0328 | Transfer Debit to United Bank acct 710000010328 | 9999-000 | | 1,066,513.24 | 0.00 |
| | | **COLUMN TOTALS** | | | **4,113,326.28** | **4,113,326.28** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 1,066,513.24 | |
| | | **Subtotal** | | | **4,113,326.28** | **3,046,813.04** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$4,113,326.28** | **$3,046,813.04** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 16-13459-MSH | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | Bank Name: | United Bank |
|  |  | Account #: | ********0328 Checking Account |
| Taxpayer ID #: | **-***2927 | Blanket Bond (per case limit): | $25,000,000.00 |
| For Period Ending: | 02/11/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/16/19 |  | Transfer from Rabobank acct ******1766 | Transfer from Rabobank acct 5018591766 | 9999-000 | 1,066,513.24 |  | 1,066,513.24 |
| 01/29/19 | {30} | Rose Oil (Seaside Legal Solutions) | Preference Settlement | 1241-000 | 8,562.31 |  | 1,075,075.55 |
| 03/12/19 | 1000 | COMMONWEALTH OF MASSACHUSETTS | 04-3452927 2018 Corp. Excise | 2820-000 |  | 456.00 | 1,074,619.55 |
| 03/27/19 | {31} | The Truck Shop of Gloucester, Inc. | Preference Settlement | 1241-000 | 2,000.00 |  | 1,076,619.55 |
| 05/20/19 | 1001 | Eastern Waste Services, Inc. | Payment pursuant to allowed Stipulation Docket 420 | 2500-000 |  | 83,325.17 | 993,294.38 |
| 05/20/19 | 1002 | Fryklund Construction | post-petition admin claim | 6990-000 |  | 2,530.00 | 990,764.38 |
| 05/20/19 | 1003 | Save That Stuff, Inc. | post-petition admin claim | 6910-000 |  | 561.32 | 990,203.06 |
| 05/20/19 | 1004 | Casella Recycling Inc. | post-petition admin claim | 6910-000 |  | 683.45 | 989,519.61 |
| 05/20/19 | 1005 | Sanitary Equipment Company | post-petition admin claim | 6910-000 |  | 812.85 | 988,706.76 |
| 05/20/19 | 1006 | NRC East Environmental | post-petition admin claim | 6910-000 |  | 3,399.51 | 985,307.25 |
| 05/20/19 | 1007 | Commonwealth Waste Transportation, LLC | post-petition admin claim | 6910-000 |  | 850.00 | 984,457.25 |
| 05/31/19 |  | Fryklund Construction | Adjustment to show check 1002 that cleared for the wrong amount at the bank. | 6990-000 |  | 20,000.00 | 964,457.25 |
| 06/03/19 |  | Fryklund Construction | Correcting adjustment to show check 1002 that cleared for the wrong amount at the bank. | 6990-000 |  | -20,000.00 | 984,457.25 |
| 06/13/19 | 1008 | COMMONWEALTH OF MASSACHUSETTS | Corp. excise tax | 2820-000 |  | 456.00 | 984,001.25 |
| 09/03/19 | 1009 | Mark DeGiacomo, Chapter 7 Trustee | Combined trustee compensation & expense dividend payments. | 2100-000 |  | 66,966.66 | 917,034.59 |
| 09/03/19 | 1010 | MARK G. DEGIACOMO, CH. 7 TRUSTEE | Distribution payment - Dividend paid at 100.00% of $149.00; Claim # ; Filed: $149.00 | 2200-000 |  | 149.00 | 916,885.59 |
| 09/03/19 | 1011 | MURTHA CULLINA LLP | Combined payments for claim number , |  |  | 83,177.53 | 833,708.06 |
|  |  | MURTHA CULLINA LLP | Claims Distribution - Wed, 07-17-2019       $78,628.00 | 3110-000 |  |  |  |
|  |  | MURTHA CULLINA LLP | Claims Distribution - Wed, 07-17-2019       $4,549.53 | 3120-000 |  |  |  |
| 09/03/19 | 1012 | VERDOLINO & LOWEY, P.C. | Combined payments for claim number , |  |  | 53,516.51 | 780,191.55 |
|  |  | VERDOLINO & LOWEY, P.C. | Claims Distribution - Wed, 07-17-2019       $52,941.00 | 3410-000 |  |  |  |
|  |  | VERDOLINO & LOWEY, P.C. | Claims Distribution - Wed, 07-17-2019       $575.51 | 3420-000 |  |  |  |
| 09/03/19 | 1013 | U.S. Trustee Payment Center | Distribution payment - Dividend paid at 100.00% of $10,400.00; Claim # 42; Filed: $10,400.00 | 2950-000 |  | 10,400.00 | 769,791.55 |
| 09/03/19 | 1014 | Clerk, United States Bankruptcy Court | Combined small dividends. Voided on 09/05/2019 | 5800-001 |  | 4.65 | 769,786.90 |

Page Subtotals: $1,077,075.55   $307,288.65

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 16-13459-MSH | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | Bank Name: | United Bank |
| | | Account #: | ********0328 Checking Account |
| Taxpayer ID #: | **-***2927 | Blanket Bond (per case limit): | $25,000,000.00 |
| For Period Ending: | 02/11/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/03/19 | 1015 | Internal Revenue Service Centralized Insolvency Operation | Distribution payment - Dividend paid at 100.00% of $16.38; Claim # 41P; Filed: $16.38 | 5800-000 | | 16.38 | 769,770.52 |
| 09/03/19 | 1016 | ReEnergy Recycling Operations LLC | Distribution payment - Dividend paid at 38.40% of $30,572.28; Claim # 1; Filed: $30,572.28 | 7100-000 | | 11,738.82 | 758,031.70 |
| 09/03/19 | 1017 | Sullivan Tire, Inc. | Distribution payment - Dividend paid at 38.40% of $13,856.19; Claim # 3; Filed: $13,856.19 | 7100-000 | | 5,320.35 | 752,711.35 |
| 09/03/19 | 1018 | ACAR Leasing LTD | Distribution payment - Dividend paid at 38.40% of $972.43; Claim # 4; Filed: $972.43 | 7100-000 | | 373.38 | 752,337.97 |
| 09/03/19 | 1019 | Spint Corporation | Distribution payment - Dividend paid at 38.40% of $5,294.84; Claim # 5; Filed: $5,294.84 | 7100-000 | | 2,033.06 | 750,304.91 |
| 09/03/19 | 1020 | Camerota Truck Parts | Distribution payment - Dividend paid at 38.40% of $15,774.92; Claim # 6; Filed: $15,774.92 | 7100-000 | | 6,057.09 | 744,247.82 |
| 09/03/19 | 1021 | American Express Bank FSB | Distribution payment - Dividend paid at 38.40% of $175,000.00; Claim # 8-3; Filed: $175,000.00 | 7100-000 | | 67,194.63 | 677,053.19 |
| 09/03/19 | 1022 | CIT Bank, N.A. | Distribution payment - Dividend paid at 38.40% of $4,341.47; Claim # 9; Filed: $4,341.47 | 7100-000 | | 1,666.99 | 675,386.20 |
| 09/03/19 | 1023 | National Grid | Distribution payment - Dividend paid at 38.40% of $3,731.46; Claim # 10; Filed: $3,731.46 | 7100-000 | | 1,432.77 | 673,953.43 |
| 09/03/19 | 1024 | Rucci, Bedaro & Falzone | Distribution payment - Dividend paid at 38.40% of $6,393.00; Claim # 11; Filed: $6,393.00 | 7100-000 | | 2,454.72 | 671,498.71 |
| 09/03/19 | 1025 | Northern Essex LTD | Distribution payment - Dividend paid at 38.40% of $8,409.00; Claim # 13; Filed: $8,409.00 | 7100-000 | | 3,228.80 | 668,269.91 |
| 09/03/19 | 1026 | Montrose Machine Inc | Distribution payment - Dividend paid at 38.40% of $2,880.04; Claim # 14; Filed: $2,880.04 | 7100-000 | | 1,105.85 | 667,164.06 |
| 09/03/19 | 1027 | Ocean State Oil | Distribution payment - Dividend paid at 38.40% of $4,542.54; Claim # 15; Filed: $4,542.54 | 7100-000 | | 1,744.20 | 665,419.86 |
| 09/03/19 | 1028 | P.M. Environmental, Inc. | Distribution payment - Dividend paid at 38.40% of $1,250.00; Claim # 16; Filed: $1,250.00 Stopped on 12/04/2019 | 7100-000 | | 479.96 | 664,939.90 |
| 09/03/19 | 1029 | Casella Recycling, Inc. | Distribution payment - Dividend paid at 38.40% of $53,677.60; Claim # 17; Filed: $53,677.60 | 7100-000 | | 20,610.55 | 644,329.35 |
| 09/03/19 | 1030 | Casella Waste Systems, Inc. | Distribution payment - Dividend paid at 38.40% of $956.65; Claim # 18; Filed: $956.65 | 7100-000 | | 367.32 | 643,962.03 |
| 09/03/19 | 1031 | Maguire Equipment, Inc. | Distribution payment - Dividend paid at 38.40% of $2,174.38; Claim # 19; Filed: $2,174.38 | 7100-000 | | 834.90 | 643,127.13 |
| 09/03/19 | 1032 | Allied Waste Systems, Inc | Distribution payment - Dividend paid at 38.40% of $306,163.81; Claim # 20; Filed: $306,163.81 | 7100-000 | | 117,557.52 | 525,569.61 |
| 09/03/19 | 1033 | UniFirst Corporation | Distribution payment - Dividend paid at 38.40% of $21,922.42; Claim # 22-3; Filed: $22,922.95 | 7100-000 | | 8,417.54 | 517,152.07 |

Page Subtotals:    $0.00    $252,634.83

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 6

| Case No.: | 16-13459-MSH | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | Bank Name: | United Bank |
|  |  | Account #: | ********0328 Checking Account |
| Taxpayer ID #: | **-***2927 | Blanket Bond (per case limit): | $25,000,000.00 |
| For Period Ending: | 02/11/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/03/19 | 1034 | Interstate Refrigerant Recovery, Inc. | Distribution payment - Dividend paid at 38.40% of $742.00; Claim # 24; Filed: $742.00 Stopped on 12/04/2019 | 7100-000 | | 284.91 | 516,867.16 |
| 09/03/19 | 1035 | R.J. Tindle, Inc. | Distribution payment - Dividend paid at 38.40% of $3,013.87; Claim # 26; Filed: $3,013.87 | 7100-000 | | 1,157.23 | 515,709.93 |
| 09/03/19 | 1036 | Town of Wakefield, Massachusetts | Distribution payment - Dividend paid at 38.40% of $436,528.43; Claim # 27; Filed: $436,528.43 | 7100-000 | | 167,613.53 | 348,096.40 |
| 09/03/19 | 1037 | New England Solid Waste Consultants, Inc. | Distribution payment - Dividend paid at 38.40% of $492.35; Claim # 28; Filed: $492.35 Stopped on 12/04/2019 | 7100-000 | | 189.05 | 347,907.35 |
| 09/03/19 | 1038 | Wheelabrator Technologies, Inc. | Distribution payment - Dividend paid at 38.40% of $345,276.57; Claim # 29; Filed: $345,276.57 | 7100-000 | | 132,575.62 | 215,331.73 |
| 09/03/19 | 1039 | McDevitt Trucks, Inc. | Distribution payment - Dividend paid at 38.40% of $21,797.22; Claim # 30; Filed: $21,797.22 | 7100-000 | | 8,369.46 | 206,962.27 |
| 09/03/19 | 1040 | Town of Wenham | Distribution payment - Dividend paid at 38.40% of $98,418.00; Claim # 32; Filed: $98,418.00 | 7100-000 | | 37,789.49 | 169,172.78 |
| 09/03/19 | 1041 | Town of Swampscott | Distribution payment - Dividend paid at 38.40% of $287,248.66; Claim # 33; Filed: $287,248.66 | 7100-000 | | 110,294.68 | 58,878.10 |
| 09/03/19 | 1042 | Charles George Companies, Inc. | Distribution payment - Dividend paid at 38.40% of $37,748.69; Claim # 34; Filed: $37,748.69 | 7100-000 | | 14,494.34 | 44,383.76 |
| 09/03/19 | 1043 | BRL-Labs | Distribution payment - Dividend paid at 38.40% of $2,966.50; Claim # 36; Filed: $2,966.50 | 7100-000 | | 1,139.05 | 43,244.71 |
| 09/03/19 | 1044 | Pitney Bowes Global Financial Services LLC | Distribution payment - Dividend paid at 38.40% of $2,291.17; Claim # 39; Filed: $2,291.17 | 7100-000 | | 879.74 | 42,364.97 |
| 09/03/19 | 1045 | A/J Equipment Repair, Inc. | Distribution payment - Dividend paid at 38.40% of $6,310.20; Claim # 45; Filed: $6,310.20 | 7100-000 | | 2,422.92 | 39,942.05 |
| 09/03/19 | 1046 | Deborah Hiltz | Distribution payment - Dividend paid at 38.40% of $100,000.00; Claim # 48-2; Filed: $1,226,496.93 | 7100-000 | | 38,396.93 | 1,545.12 |
| 09/03/19 | 1047 | National Grid | Distribution payment - Dividend paid at 38.40% of $4,024.11; Claim # 49; Filed: $4,024.11 | 7100-000 | | 1,545.12 | 0.00 |
| 09/05/19 | 1014 | Clerk, United States Bankruptcy Court | Combined small dividends. Voided: check issued on 09/03/2019 | 5800-001 | | -4.65 | 4.65 |
| 09/06/19 | 1048 | Internal Revenue Service | 100% payment Claim No. 40 | 5800-000 | | 4.65 | 0.00 |
| 12/04/19 | 1028 | P.M. Environmental, Inc. | Distribution payment - Dividend paid at 38.40% of $1,250.00; Claim # 16; Filed: $1,250.00 Stopped: check issued on 09/03/2019 | 7100-000 | | -479.96 | 479.96 |
| 12/04/19 | 1034 | Interstate Refrigerant Recovery, Inc. | Distribution payment - Dividend paid at 38.40% of $742.00; Claim # 24; Filed: $742.00 Stopped: check issued on 09/03/2019 | 7100-000 | | -284.91 | 764.87 |

Page Subtotals:    $0.00    $516,387.20

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 16-13459 Doc 448 Filed 02/21/20 Entered 02/21/20 14:04:22 Desc Main
Document Page 19 of 20

**Form 2**

Exhibit 9

# Cash Receipts And Disbursements Record

Page: 7

| **Case No.:** | 16-13459-MSH | **Trustee Name:** | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| **Case Name:** | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | **Bank Name:** | United Bank |
| | | **Account #:** | ********0328 Checking Account |
| **Taxpayer ID #:** | **-***2927 | **Blanket Bond (per case limit):** | $25,000,000.00 |
| **For Period Ending:** | 02/11/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/04/19 | 1037 | New England Solid Waste Consultants, Inc. | Distribution payment - Dividend paid at 38.40% of $492.35; Claim # 28; Filed: $492.35 Stopped: check issued on 09/03/2019 | 7100-000 | | -189.05 | 953.92 |
| 12/11/19 | 1049 | New England Solid Waste Consultants, Inc. | Distribution payment - Dividend paid at 38.40% of $492.35; Claim # 28; Filed: $492.35 Stopped on 01/17/2020 | 7100-000 | | 189.05 | 764.87 |
| 12/11/19 | 1050 | P.M. Environmental, Inc. | Distribution payment - Dividend paid at 38.40% of $1,250.00; Claim # 16; Filed: $1,250.00 | 7100-000 | | 479.96 | 284.91 |
| 12/11/19 | 1051 | Interstate Refrigerant Recovery, Inc. | Distribution payment - Dividend paid at 38.40% of $742.00; Claim # 24; Filed: $742.00 | 7100-000 | | 284.91 | 0.00 |
| 01/17/20 | 1049 | New England Solid Waste Consultants, Inc. | Distribution payment - Dividend paid at 38.40% of $492.35; Claim # 28; Filed: $492.35 Stopped: check issued on 12/11/2019 | 7100-000 | | -189.05 | 189.05 |
| 01/23/20 | | United States Bankruptcy Court | USBC MAB    USBC MAB CCD 0000 | 7100-000 | | 189.05 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,077,075.55 | 1,077,075.55 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 1,066,513.24 | 0.00 | |
| | | **Subtotal** | | | 10,562.31 | 1,077,075.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$10,562.31** | **$1,077,075.55** | |

{ } Asset Reference(s)  **UST Form 101-7-TDR ( 10 /1/2010)**  ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 8

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-13459-MSH | **Trustee Name:** | Mark G. DeGiacomo (410420) | |
| **Case Name:** | HW LIQUIDATING INC., F/K/A HILTZ WASTE DISPOSAL, INC. | **Bank Name:** | United Bank | |
| | | **Account #:** | ********0328 Checking Account | |
| **Taxpayer ID #:** | **-***2927 | **Blanket Bond (per case limit):** | $25,000,000.00 | |
| **For Period Ending:** | 02/11/2020 | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1766 Checking Account | $4,113,326.28 | $3,046,813.04 | $0.00 |
| ********0328 Checking Account | $10,562.31 | $1,077,075.55 | $0.00 |
| | **$4,123,888.59** | **$4,123,888.59** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)